## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| David Earl Wattleton, | Civil File No.: 12cv653 (JNE/SER) |
| Plaintiff, | |
| v. | **ORDER** |
| Mrs. Sparzke, | |
| Defendants. | |

The above-captioned case comes before the undersigned on the Report and Recommendation of United States Magistrate Judge Steven E. Rau. No objections to the Report and Recommendation were filed within the requisite time period. Accordingly, **IT IS HEREBY ORDERED** that:

1. Wattleton's application for leave to proceed *in forma pauperis*, [Doc. No. 2], be **DENIED**; and

2. This action be summarily **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

Dated: 5-15-2012

                                                s/ Joan N. Ericksen
                                                Joan N. Ericksen
                                                U.S. District Judge